AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 11-cv-13335
Hon. Julian Abele Cook, Jr.

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: John H Lemanski, Jr.

Date of Service: August 3, 2011

## Method of Service

___ Personally served at this address:

___ Left copies at the usual place of abode with (name of person):

_X_ Other (specify):
via email (morad@millercanfield.com) - Robert J. Morad of Miller, Canfield, Paddock & Stone, PLC, counsel for Defendant John H. Lemanski, Jr., has accepted service on behalf of Defendant effective August 3, 2011.

___ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Michael J. Pattwell (P72419)

Signature of Server: s/Michael J. Pattwell

Date: August 4, 2011

Server's Address: Dickinson Wright PLLC
215 S. Washington Sq, #200
Lansing, MI 48933

mpattwell@dickinsonwright.com