UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARRETTE OUTDOOR LIVING, INC.,
also d/b/a/ U.S. FENCE INC.,

                                                         Civil Docket No. 2:11-cv-13335
      Plaintiff,                             Honorable Julian A. Cook
                                                         Magistrate Judge Laurie J. Michelson

v.

MICHIGAN RESIN REPRESENTATIVES, LLC,
a Michigan Limited Liability Company; JOHN H.
LEMANSKI, JR., an individual; LISA J. WELLS
a/k/a LISA J. LEMANSKI, an individual; and
TAMARA L. TURNER, an individual,

      Defendants.

_____/

| | |
|---|---|
| AARON O. MATTHEWS (P64744)<br>MICHAEL JOHN PATTWELL (P72419)<br>Clark Hill PLC<br>212 E. Grand River Avenue<br>Lansing, Michigan  48906<br>(517) 318-3018<br>*Attorneys for Plaintiff* | ROBERT J. MORAD (P56475)<br>ABDU H. MURRAY (P61032)<br>Miller, Canfield, Paddock and Stone, P.L.C.<br>840 West Long Lake Road, Suite 200<br>Troy, Michigan 48098<br>(248) 879-2000<br>*Attorneys for Defendant John H. Lemanski, Jr.* |
| MICHIGAN RESIN REPRESENTATIVES,<br>LLC, c/o TAMARA L. TURNER<br>8312 Honeytree Blvd.<br>Canton, Michigan  48187<br>*Defendant* | TAMARA L. TURNER<br>8312 Honeytree Blvd.<br>Canton, Michigan  48187<br>*Defendant* |
| | LISA WELLS<br>8312 Honeytree Blvd.<br>Canton, Michigan  48187<br>*Defendant* |

_____/

## **DEFENDANT JOHN H. LEMANSKI'S FINAL WITNESS LIST**

Defendant, John H. Lemanski, Jr., ("Lemanski") through its attorneys, Miller, Canfield, Paddock and Stone, P.L.C., and pursuant to F.R.C.P. 26(a)(3), respectively identifies the following witnesses that are probable to be called by Lemanski at the time of trial:

1. Shannon Byrd
c/o Barrette Outdoor Living, Inc.

2. Jean desAutels
c/o Barrette Outdoor Living, Inc.

3. Todd Dixon
c/o Barrette Outdoor Living, Inc.

4. Chris Esch
c/o Barrette Outdoor Living, Inc.

5. Mario Gaudreault
296 Monique-Corriveau Street
Saint-Nicolas, Quebec, Canada G7A 4Z5

6. Tom Krasovec
1225 West Park Rd.
St. Johns, MI 48879

7. Heather Lemanski
1131 Cove Road
Wales, MI 48027

8. John H. Lemanski, Jr.
1131 Cove Road
Wales, MI 48027

9. Todd C. Mahaffy
4638 Burtch Creed Rd.
Burtchville, MI 48059-1208

10. Christine McCann
c/o Barrette Outdoor Living, Inc.

11. Lisa Miller
c/o Barrette Outdoor Living, Inc.

12. Tamara L. Turner
    42322 Parkside Circle, #106
    Sterling Heights, MI 48314
    and/or
    2193 Cottril Lane
    Westland, MI 48187

13. Lisa J. Wells
    8312 Honeytree Boulevard
    Canton, MI 48187

14. All officers, directors, employees, agents, custodian of records, and/or other representatives of Barrette Outdoor Living, Inc., also d/b/a U.S. Fence Inc. with knowledge of this matter

15. All officers, directors, employees, agents, custodian of records, and/or other representatives of Michigan Resin Representatives, LLC, with knowledge of this matter.

16. Randy Redmer

17. Jamie Marwitz
    c/o Barrette Outdoor Living, Inc.

Pursuant to F.R.C.P. 26(a)(3), Lemanski may call the following as possible witnesses, dependent on the course of the trial and the issues presented:

1. Keith Bluhm
   c/o Michigan Timber and Truss
   3401 East Court Street
   Flint, MI 48506

2. Frederick Chapdelaine
   514 Montana Street
   Marysville, MI 48040

3. Dave Reid

4. Ed Chrzanowski

5. John Lemanski, Sr.
   4166 Verona Rd.
   Filion, MI 48432

6. Michael Drumheller
   321 Elm Street
   Diamondale, MI 48821

7. Eric Jones
   9800 Marquette Road
   Wales, MI 48027

8. Brett Masotta
   411 Nashua Road, Unit 2
   Groton, MA 01450-1013

9. Tammy A. Armstrong
   24538 Hayes Street
   Taylor, MI 48180-2180

10. Brandon H. Lutton
    24524 Hayes St.
    Taylor, MI 48180-2180

11. James Daniels

12. Paul Fitzpatrick
    5754 Somerset Ave.
    Detroit, MI 48224-3119

13. Records Custodian of Spectrum Computer Forensics & Risk Management, LLC

14. Records Custodian for Liberty Tax

15. Records Custodian for Principal Life Insurance Company a/k/a Principal Financial Group

16. Records Custodian for FIA Card Services, N.A.

17. Records Custodian for MBNA America Bank, N.A.

18. Records Custodian for GMAC Insurance Homeowners Program

19. Records Custodian for Fidelity Investments

20. Records Custodian for Bank of America, N.A.

21. Records Custodian for RBS Citizens Bank

22. Records Custodian for Pentagon Federal Credit Union

23. Records Custodian for Guaranty Bank d/b/a Best Bank

24. Records Custodian for PNC Bank f/k/a National City Bank

25. All officers, directors, employees, agents, custodian of records, and/or other representatives of **Carters Lumber** with knowledge of this matter.

26. All officers, directors, employees, agents, custodian of records, and/or other representatives of **Theut** with knowledge of this matter.

27. All officers, directors, employees, agents, custodian of records, and/or other representatives of **Metamora Water Service** with knowledge of this matter.

28. All officers, directors, employees, agents, custodian of records, and/or other representatives of **Primary Electric** with knowledge of this matter including, but not limited to Eric Jones.

29. All officers, directors, employees, agents, custodian of records, and/or other representatives of **K/E Electric** with knowledge of this matter.

30. All officers, directors, employees, agents, custodian of records, and/or other representatives of **Home Depot** with knowledge of this matter.

31. All officers, directors, employees, agents, custodian of records, and/or other representatives of **Yale Steel** with knowledge of this matter.

32. All officers, directors, employees, agents, custodian of records, and/or other representatives of **Sherwin Williams** with knowledge of this matter.

33. All officers, directors, employees, agents, custodian of records, and/or other representatives of **World Class** with knowledge of this matter.

34. All officers, directors, employees, agents, custodian of records, and/or other representatives of **Sprint Nextel** with knowledge of this matter.
    Sprint Store #4165
    24th Ave., Suite B
    Fort Gratiot, MI

35. All officers, directors, employees, agents, custodian of records, and/or other representatives of **Ben's Supercenter, Inc.** with knowledge of this matter including, but not limited to **James Zyrowski**
    4436 W. Main St.
    Brown City, MI 48416

36. All officers, directors, employees, agents, custodian of records, and/or other representatives of **The Insulation Man** with knowledge of this matter including, but not limited to **Thomas Brohl**
    22381 Starks Rd.
    Clinton Township, MI 48081

37. All officers, directors, employees, agents, custodian of records, and/or other representatives of **Siegel Sand & Gravel, Inc.** with knowledge of this matter including, but not limited to **Daniel J. Siegel**
    12664 Sullivan
    Emmett, MI 48022

38. All officers, directors, employees, agents, custodian of records, and/or other representatives of **Jeff Brewer Mechanical, LLC** with knowledge of this matter including, but not limited to **Jeffrey W. Brewer**
    2609 Breezeway St.
    North Branch, MI 48461

39. All officers, directors, employees, agents, custodian of records, and/or other representatives of **Michigan Timber and Truss, Inc**. with knowledge of this matter including, but not limited to **Thomas R. Van Every**
    3401 E. Court St.
    Flint, MI 48506
    and/or
    P.O Box 90458
    Burton, MI 48509-9458

40. All officers, directors, employees, agents, custodian of records, and/or other representatives of **Bierlein Companies** with knowledge of this matter including, but not limited to **Michael D. Bierlein**
    2000 Bay City Rd.
    Midland, MI 48642

41. All officers, directors, employees, agents, custodian of records, and/or other representatives of **Pitsch Companies** with knowledge of this matter including, but not limited to **Steven Pitsch**
    673 Richmond, N.W.
    Grand Rapids, MI 49504

42. Any other representatives of Plaintiff.

43. Any other representatives of Defendant.

44. Any and all rebuttal or impeachment witnesses, including a rebuttal expert to rebut any testimony offered by Plaintiff's expert witness(es).

45. Any witnesses required to lay the foundation for the admission of any exhibits.

46. All witnesses on Plaintiff's witness list.

47. Any and all witnesses identified in previously filed Witness Lists of any party.

48. All persons identified in any deposition in this matter.

49. Any witnesses who are identified or whose importance or necessity to this litigation is revealed in the further course of discovery in this litigation.

50. Any records custodian necessary for the admission of documentary evidence.

51. All persons identified in any Interrogatory answer, document, piece of evidence or pleading produced by either party, or by a subpoenaed entity or individual.

52. Records custodian of Plaintiff.

53. Records custodians (and persons with additional information) of all listed entities.

54. Any person or entity responsible for preparing, assembling, and/or maintaining the books, records, and other financial information of Plaintiff.

55. All witnesses necessary to substantiate Plaintiff's claims for attorneys' fees, reasonable attorneys' fees, costs and expenses.

56. Any witnesses necessary for the purpose of admitting and/or authenticating evidence.

57. Any and all expert witnesses called or identified by any other party.

58. Any and all expert witnesses revealed, disclosed, or listed in formal or informal discovery.

59. Any expert witnesses that are deemed necessary.

60. Any witnesses who have provided affidavits to any party in this matter.

61. Impeachment witnesses.

Plaintiff reserves the right to amend this list and to add witnesses based upon discovery to be conducted in this matter.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: s/Robert J. Morad
Abdu H. Murray (P61032)
Robert J. Morad (P56475)
Attorneys for Defendant John Lemanski
840 West Long Lake Road, Suite 200
Troy, Michigan 48098-6358
morad@millercanfield.com
murray@millercanfield.com

Dated: June 28, 2013


# CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2013, I electronically filed the foregoing paper with the Clerk of the court using the ECF system which will send notification of such filing to the counsel of record.

- **Jordan S. Bolton**
  jbolton@clarkhill.com,klindsey@clarkhill.com
- **Aaron O. Matthews**
  amatthews@clarkhill.com,lssmith@clarkhill.com
- **Abdu H. Murray**
  murray@millercanfield.com,kaszubski@millercanfield.com
- **Michael J. Pattwell**
  mpattwell@clarkhill.com,jbolton@clarkhill.com,lssmith@clarkhill.com,danderson@clarkhill.com

I also hereby certify that I have also mailed by United States Postal Service the foregoing document to the following non-ECF participants:

Michigan Resin Representatives, LLC
c/o Tamara Turner, Resident Agent
8312 Honey Tree
Canton, MI 48107

Tamara Turner
8312 Honey Tree
Canton, MI 48107

Lisa J. Wells
8312 Honey Tree
Canton, MI 48107

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By:   s/Robert J. Morad
      Robert J. Morad (P56475)
      Attorneys for Defendant John Lemanski
      840 West Long Lake Road, Suite 200
      Troy, Michigan 48098-6358
      Telephone: (248) 267-3219
      morad@millercanfield.com