UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARRETTE OUTDOOR LIVING, INC.,
also d/b/a/ U.S. FENCE INC.,

        Plaintiff,

v.

MICHIGAN RESIN REPRESENTATIVES, LLC,
a Michigan Limited Liability Company; JOHN H.
LEMANSKI, JR., an individual; LISA J. WELLS
a/k/a LISA J. LEMANSKI, an individual; and
TAMARA L. TURNER, an individual,

        Defendants.

Civil Docket No. 2:11-cv-13335
Honorable Julian A. Cook
Magistrate Judge Laurie J. Michelson

_____/

AARON O. MATTHEWS (P64744)
MICHAEL JOHN PATTWELL (P72419)
Clark Hill PLC
212 E. Grand River Avenue
Lansing, Michigan 48906
(517) 318-3018
*Attorneys for Plaintiff*

ROBERT J. MORAD (P56475)
ABDU H. MURRAY (P61032)
Miller, Canfield, Paddock and Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, Michigan 48098
(248) 879-2000
*Attorneys for Defendant John H. Lemanski, Jr.*

MICHIGAN RESIN REPRESENTATIVES,
LLC, c/o TAMARA L. TURNER
8312 Honeytree Blvd.
Canton, Michigan 48187
*Defendant*

TAMARA L. TURNER
8312 Honeytree Blvd.
Canton, Michigan 48187
*Defendant*

LISA WELLS
8312 Honeytree Blvd.
Canton, Michigan 48187
*Defendant*

_____/

# STIPULATED ORDER REGARDING MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT JOHN H. LEMANSKI, JR. AND ORDER STAYING THIS ACTION

9216458.1 39069/152087
21,293,863.1\148429-00001

The law firm of Miller, Canfield, Paddock and Stone, P.L.C. ("Miller Canfield"), having filed a motion to withdraw as counsel for Defendant John H. Lemanski, Jr. under Eastern District of Michigan Local Rule 88.30; Plaintiff having stipulated to Miller Canfield's withdrawal; Miller Canfield having advised the Court that Libby Hausler was only involved in this matter as an employee of Miller Canfield and requested that Libby Hausler's appearance in this matter be withdrawn; Plaintiff having stipulated to the withdrawal of Libby Hausler's appearance; Miller Canfield and Plaintiff having stipulated to entry of a 45-day stay of this matter so as to provide Defendant Lemanski to obtain alternate legal counsel; Miller Canfield and Plaintiff request that Court find good cause and approve this stipulated Order;

IT IS HEREBY ORDERED that Miller, Canfield, Paddock and Stone, P.L.C., by Robert J. Morad, Abdu H. Murray, and Libby Hausler is allowed to withdraw as counsel on behalf of Defendant John H. Lemanski, Jr. in the above cause. **Counsel are directed to serve this order upon Defendant Lemanski and file a proof of service with the Court including the last known address and telephone number for Defendant John Lemanski, Jr. on or before August 16, 2013;**

IT IS HEREBY FURTHER ORDERED that Libby Hausler's appearance in this matter be withdrawn; and

IT IS HEREBY FURTHER ORDERED that this action be stayed for a period of 45-days.

IT IS SO ORDERED.

Date:  August 6, 2013                         s/Julian Abele Cook, Jr.
                                              JULIAN ABELE COOK, JR.
                                              United States District Judge


          s/Robert J. Morad
Robert J. Morad (P56475)
*Attorneys for Defendant John H. Lemanski, Jr.*


          s/Michael J. Pattwell (w/consent)
Michael John Pattwell (P72419)
*Attorneys for Plaintiff*